


**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

WILFREDO JIMENEZ RODRIGUEZ,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Civil No. 97-1285 (HL)
Crim. No. 94-016 (HL)

**JUDGMENT**

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing this § 2255 petition.

San Juan, Puerto Rico, February 21, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge



