IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILFREDO JIMENEZ RODRIGUEZ,
Petitioner,

vs.

UNITED STATES OF AMERICA,
Respondant.

Civil No. 97-1285(HL)
Crim. No. 94-16(HL)

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE
HECTOR M. LAFFITTE
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW the Petitioner, WILFREDO JIMENEZ RODRIGUEZ, through his undersigned attorney, and respectfully states:

Notice is given by the Petitioner that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgement entered against him by the United States District Court for the District of Puerto Rico, Hon. Hector M. Laffitte, presiding, on February 21, 2001.

**I CERTIFY** that on this same date a copy of this Motion was mailed to the Office of the U.S. Attorney, Criminal Division, Federico Degetau Federal Building, Fourth Floor, Hato Rey, Puerto Rico.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 23, 2001.

RACHEL BRILL
USDC No. 204803
Suite 1113, Mercantil Plaza Building
Ponce de Leon Avenue
San Juan, PR 00918
(787) 753-6131